# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| BRANDY JOHNSON | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.  3:17-cv-290 |
| Commissioner of Social Security Administration | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   The ALJ's non-disability decision is affirmed

                                                                                                      .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Sharon L. Ovington _____ on a motion for

   Decision and Order

Date:  _____9/24/18_____

CLERK OF COURT

Signature of Clerk or Deputy Clerk